# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JONAS SYLVESTER,<br><br>                        Plaintiff,<br><br>  vs.<br><br>STOLTZ MANAGEMENT OF DELAWARE, d/b/a STOLTZ REAL ESTATE PARTNERS, KEITH STOLTZ, and KYLE STOLTZ<br><br>                        Defendants. | No. 2:23-cv-00405     **JLR**<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)<br><br>NOTE FOR MOTION CALENDAR: June 22, 2023 |

## STIPULATION

COME NOW THE PARTIES HERETO, through their respective counsel and stipulate and agree that the deadline for exchanging initial disclosures be postponed to September 19, 2023, which is seven days after the currently scheduled mediation date. The parties strongly believe that the prospects for a negotiated settlement will be substantially increased if they do not expend resources on litigation activities prior to the mediation. All

STIPULATED MOTION AND ORDER FOR EXTENSION
OF INITIAL DISCLOSURES - 1
Case No. 2:23-cv-00405

other discovery shall be complete in compliance with the Order Setting Trial Date and Related Dates.

The foregoing is stipulated and agreed to.

DATED this 22nd day of June 2023.

| | |
|---|---|
| **FRANK FREED SUBIT & THOMAS LLP** | **HELSELL FETTERMAN LLP** |
| By: /s/ Michael C. Subit<br>Michael C. Subit, WSBA No. 29189<br>705 Second Avenue, Suite 1200<br>Seattle, Washington 98104<br>Phone: (206) 682-6711<br>Fax: (206) 682-0401<br>Email: msubit@frankfreed.com<br><br>*Attorney for Plaintiff* | By:  /s/ Kristy S. Ball<br>Kristy S. Ball, WSBA #39986<br>Shawn Q. Butler, WSBA #45731<br>Hannah E. Driscoll, WSBA #56853<br>Helsell Fetterman LLP<br>1001 Fourth Avenue, Suite 4200<br>Seattle, WA 98154<br>Phone: (206) 292-1144<br>Email: kball@helsell.com<br>sbutler@helsell.com<br><br>*Attorneys for Defendants* |

## **ORDER**

Based upon the above stipulation and agreement by the parties, the Court hereby ORDERS that the Initial Disclosure deadline be postponed until September 19, 2023. All other discovery shall be complete in compliance with the Order Setting Trial Date and Related Dates.

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED this 22nd day of June, 2023.

_____
JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE