# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JONAS SYLVESTER,<br><br>              Plaintiff,<br><br>vs.<br><br>STOLTZ MANAGEMENT OF DELAWARE, d/b/a STOLTZ REAL ESTATE PARTNERS, KEITH STOLTZ, and KYLE STOLTZ<br><br>              Defendants. | No. 2:23-cv-00405<br><br>STIPULATED MOTION FOR EXTENSION OF TIME TO REOPEN CASE<br><br>AND PROPOSED ORDER<br><br>NOTE FOR MOTION CALENDAR: November 14, 2023 |

## **STIPULATION**

COME NOW THE PARTIES HERETO, through their respective counsel and stipulate and agree that the deadline for any party to move to reopen the case shall be extended by one day to November 15, 2023.

The foregoing is stipulated and agreed to.

//

//

H E L S E L L
F E T T E R M A N
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  WWW.HELSELL.COM

DATED this 14th day of November, 2023.


FRANK FREED SUBIT & THOMAS LLP          **HELSELL FETTERMAN LLP**

By: _/s/_____          By: _/s/*Kristy S. Ball*_____
Michael C. Subit, WSBA No. 29189          Kristy S. Ball, WSBA #39986
705 Second Avenue, Suite 1200          Shawn Q. Butler, WSBA #45731
Seattle, Washington 98104          Hannah E. Driscoll, WSBA #56853
Phone: (206) 682-6711          Helsell Fetterman LLP
Fax:  (206) 682-0401          1001 Fourth Avenue, Suite 4200
Email:  msubit@frankfreed.com          Seattle, WA 98154
          Phone: (206) 292-1144
*Attorney for Plaintiff*          Email: kball@helsell.com
          sbutler@helsell.com


## **ORDER**

Based upon the above stipulation and agreement by the parties, the Court hereby ORDERS that the deadline for any party to reopen the case is extended by one day to November 15, 2023.

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED this _____ day of _____, 2023.


_____
Honorable James L. Robart
UNITED STATES DISTRICT COURT JUDGE

HELSELL
FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  **WWW.HELSELL.COM**