UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONAS SYLVESTER,<br><br>                    Plaintiff,<br><br>   v.<br><br>STOLTZ MANAGEMENT OF DELAWARE, INC., et al.,<br><br>                    Defendants. | CASE NO. C23-0405JLR<br><br>ORDER |

Before the court is the parties' stipulated motion for an extension of time to reopen this case. (Mot. (Dkt. # 16).) The motion was filed by counsel for Defendants Stoltz Management of Delaware, Inc., Keith Stoltz, and Kyle Stolz. (*Id.* at 1.) The motion is two sentences long and is not signed by counsel for Plaintiff Jonas Sylvester. (*See id.* at 1-2.)

The court's Local Civil Rules warn that "[t]he court might not consider improperly signed or unsigned documents." Local Rules W.D. Wash. LCR 10(e)(4). The Local

ORDER - 1

Civil Rules also require that, "[i]f a stipulated motion would alter dates or schedules previously set by the court, the parties shall clearly state the reasons justifying the proposed change." *Id.* LCR 10(g).

Nevertheless, the court GRANTS the motion (Dkt. # 16).  The court's September 15, 2023 order provided that any party could move to reopen the case by filing a motion on or after November 14, 2023.  (9/15/23 Order (Dkt. # 15) at 1-2.)  Counsel for either party may move to reopen this case by no later than **November 15, 2023**.

Dated this 15th day of November, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 2